IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID RAY WILLIAMS,

        Plaintiff,                    No. CIV S-07-0430 GEB KJM PS

    vs.

CALIFORNIA STATE PRISON
SOLANO, et al.,

        Defendants.            FINDINGS & RECOMMENDATIONS

        By an order filed July 2, 2007, this court ordered plaintiff to complete and return to the court, within thirty days, the USM-285 form which is required to effect service on the defendant. That thirty day period has since passed, and plaintiff has not responded in any way to the court's order.

        IT IS HEREBY RECOMMENDED that this action be dismissed without prejudice. See Fed. R. Civ. P. 41(b).

        These findings and recommendations are submitted to the United States District Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within ten days after being served with these findings and recommendations, plaintiff may file written objections with the court. The document should be captioned "Objections to Magistrate Judge's Findings and Recommendations." Plaintiff is advised that failure to file objections within the

1

1 specified time may waive the right to appeal the District Court's order.  <u>Martinez v. Ylst</u>, 951
2 F.2d 1153 (9th Cir. 1991).
3 DATED: August 30, 2007.

will0430.fusm

_____
U.S. MAGISTRATE JUDGE

2